UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIA A. HOONHOUT,
ROBERT A. HOONHOUT, and
KATHLEEN A. HOONHOUT

    Plaintiffs,

v.                                          Case No.  8:05-cv-1023-T-30TGW

MANATEE COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court has been advised by Mediator Thomas Icard, Jr. that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2007.

                                                                   JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1023.dismissal.wpd