UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIA A. HOONHOUT,
ROBERT A. HOONHOUT and
KATHLEEN A. HOONHOUT,

    Plaintiffs,

vs.                              Case No.  8:05-cv-1023-T-30TGW

MANATEE COUNTY SCHOOL BOARD,

    Defendant.
_____/

## FINAL JUDGMENT

This action came before the Court, and the issues having been duly settled by the parties, it is

ORDERED AND ADJUDGED

That the plaintiffs take nothing from the Defendant, that the action be dismissed with prejudice, and that the parties shall be responsible for their own fees and costs.

Dated at Tampa, Florida, this __5__ day of __March__, 2007.

                                                    James S. Moody, Jr.
                                                    United States District Judge

Copies furnished to:

Randolph L. Smith, Esquire
Barnes Walker & Lakin, Chartered

Robert J. Shapiro, Esquire
School Board of Manatee County, Florida